### BARDON v. ENDEJAN.

No. 15602—Opinion Filed July 7, 1925.

Error from Court of Common Pleas of Tulsa County; Robert D. Hudson, Judge.

Action between Richard V. Bardon, doing business as Bardon Loan Company, and Anna Mae Endejan. From the judgment, the former brings error. Reversed and remanded.

Warren & Schaeffer, for plaintiff in error.

PER CURIAM. By reason of the failure of the defendant in error to file a brief in this case in compliance with rule 7 of this court, and upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for new trial.